# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SWISS RE CORPORATE SOLUTIONS CAPACITY INSURANCE CORPORATION F/K/A FIRST SPECIALTY INSURANCE COMPANY, INTERSTATE FIRE & CASUALTY COMPANY, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. VPC-CN-0000075-04, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. UP1900041, PARTNERRE IRELAND INSURANCE DAC,<br><br>　　　　　Petitioners,<br><br>v.<br><br>BERENDO, INC.,<br><br>　　　　　Respondent. | Case No. 1:23-cv-06521-GHW<br><br>Hon. Gregory H. Woods<br><br>**REQUEST TO:**<br><br>**WITHDRAW AS DESIGNATED COUNSEL OF RECORD, AND REQUEST FOR REVOCATION/REMOVAL OF PRO HAC VICE STATUS** |

**TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD, PLEASE TAKE NOTICE:**

Attorney Martina Smigura, who was admitted Pro Hac Vice in this matter by an order granted by the Honorable Gregory H. Woods, on September 19, 2023, Docket #15, requests this Court to remove any affiliation or association to Furtado Law PC. Ms. Smigura requests that the Court acknowledge the separation and disassociation of Ms. Smigura and Furtado Law PC.

As recommended by staff in this department, I attempted to withdraw my email and name associated with this matter in Pacer; however, the system would not allow for my removal. Thus, I request, respectfully, that this Court grants my request to remove my name as attorney of record for Furatdo Law PC in representing the Respondent,

Berendo, and to remove my Pro Hac Vice status associated with this matter.

Respectfully submitted this 17th day of October, 2023.

/s/ Martina Smigura
Martina Smigura (*Pro Hac Vice*)
19754 E. Pikes Peak Ave., Apt 205
Parker, CO 80138

SO ORDERED

_____
VALERIE FIGUEREDO
United States Magistrate Judge
Dated: October 18, 2023

Attorney Martina Smigura is directed to file a letter providing clarification on this request. Is counsel seeking removal as counsel of record, but another attorney at Furtado Law will file an appearance on Respondent's behalf? Or is counsel asking the Court to approve Furtado Law's withdrawal as counsel of record, leaving Respondent pro se?