UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SWISS RE CORPORATE SOLUTIONS
CAPACITY INSURANCE CORPORATION ET AL.,      23-CV-06521 (GHW) (VF)

                     Petitioners,      **ORDER**

                     -against-

BERENDO, INC.,

                     Respondent
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On October 17, 2023, Respondent's counsel filed a motion requesting to withdraw as counsel. ECF Nos. 24 and 26. The motion to withdraw is **GRANTED**.

Furtado Law PC is directed to notify the court whether another attorney at the firm will be taking on representation of Respondent by **Thursday, November 2, 2023**.

The Clerk of Court of Court is respectfully directed to terminate the motions at ECF Nos. 24 and 26.

    **SO ORDERED.**

DATED:    New York, New York
             October 26, 2023

                                                              VALERIE FIGUEREDO
                                                              United States Magistrate Judge